**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.dtcabinetsinc.com/



