NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**SANDERS LAW GROUP**
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
(516) 203-7600

ATTORNEY(S) FOR  Daniel Jenney

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Jenney,<br><br>                              v .<br><br>D & T Cabinets Inc.,<br><br>Plaintiff(s),<br><br>Defendant(s) | CASE NUMBER: 125848<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Daniel Jenney
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION/INTEREST |
|---|---|
| Daniel Jenney | Plaintiff |
| SANDERS LAW GROUP | Counsel for Plaintiff |
| Craig Sanders | Counsel for Plaintiff |
| D & T Cabinets Inc. | Defendant |

March 20, 2025                                             /s/ Craig Sanders
Date                                                              Signature

Attorney of record for (or name of party appearing in pro per):
Daniel Jenney

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES